# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re:

Harland Smith Jr.

Case No. 14-40194-MSH

Chapter 13

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS CASE

Now comes Denise M. Pappalardo, Chapter 13 Trustee, and moves for an order dismissing the above captioned case. In support of this Motion, the Trustee states as follows:

( ) 1. Upon information and belief, the Debtor may have failed to file all applicable federal, state and local tax returns as required by 11 U.S.C. §1308. Failure to file the applicable tax returns is grounds for dismissal pursuant to 11 U.S.C. §1307( e).

( ) 2. The Debtor has failed to certify the Debtor is not presently required to pay any domestic support obligation ("DSO") or in the alternative, the Debtor is under a DSO and is current in post-petition payments. Thus, the Plan cannot be confirmed pursuant to 11 U.S.C. §1325(a)(8) which is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(1).

(X) 3. The Debtor is in arrears according to the terms of the proposed plan totaling $ 2299.00 representing 2 monthly payments. Pursuant to §1326(a)(1) of the Code, the Debtor is to commence plan payments within 30 days of the filing of the petition. Failure to do so is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(4) of the Code.

Any response or objection to this motion must be filed within twenty-one (21) days. If no timely response is filed, the Court may act on this motion without further notice. 11 U.S.C. §102(1)(B).

WHEREFORE, the Trustee requests that this Court enter an order dismissing this case.

Respectfully submitted,

Date 7/2/14

/s/ Denise Pappalardo
Denise M. Pappalardo, BBO # 553293; Chapter 13 Trustee
PO Box 16607; Worcester, MA 01601
508-791-3300; denisepappalardo@ch13worc.com

### Certificate of Service

I, Denise M. Pappalardo, certify that I have served a copy of the foregoing motion on this date to the following via first class mail and/or electronically to Debtor and Debtor's Attorney:

Harland Smith Jr.
482 Podunk Rd.
E. Brookfield MA 01515

/s/Denise Pappalardo